```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                         Case No. 14-01664-MDF
Christopher B. Gambrill                                        Chapter 13
Alison J. Gambrill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner          Page 1 of 1          Date Rcvd: Jul 11, 2016
                              Form ID: ntfp          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4501712          E-mail/Text: bnc-quantum@quantum3group.com Jul 11 2016 18:46:46
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:
              Brent   Diefenderfer    on behalf of Joint Debtor Alison J. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
              Brent   Diefenderfer    on behalf of Debtor Christopher B. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association., not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               amps@manleydeas.com
              Keri P Ebeck    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               kebeck@weltman.com,  jbluemle@weltman.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

ntfp(06/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Christopher B. Gambrill
aka Christopher Bradley Gambrill

Chapter 13

Case number 1:14–bk–01664–MDF

Alison J. Gambrill
aka Alison J. Connell, aka Alison Jane Gambrill, aka Alison Jane Connell

**Debtor(s)**

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#77**. **It appears that the Transfer of Claim was filed in the wrong case**. Failure to refile or amend your document may result in a delay in processing this matter.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901–2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 11, 2016 |