```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                            Case No. 14-01664-MDF
Christopher B. Gambrill                                           Chapter 13
Alison J. Gambrill
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge           Page 1 of 1           Date Rcvd: Aug 29, 2016
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2016.
4520959        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                     Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:
              Brent   Diefenderfer    on behalf of Joint Debtor Alison J. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
              Brent   Diefenderfer    on behalf of Debtor Christopher B. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle   Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association., not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               amps@manleydeas.com
              Keri P Ebeck    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               kebeck@weltman.com,  jbluemle@weltman.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:14-bk-01664-MDF
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher B. Gambrill
2409 Schultz Way
York PA 17402

Alison J. Gambrill
2409 Schultz Way
York PA 17402

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/26/2016.

Name and Address of Alleged Transferor(s):

Claim No. 22: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117

Name and Address of Transferee:

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for
MOMA Funding LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/31/16

Terrence S. Miller
**CLERK OF THE COURT**