```
United States Bankruptcy Court
   Middle District of Pennsylvania
```

In re:                                                                  Case No. 14-01664-RNO
Christopher B. Gambrill                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AGarner           Page 1 of 1              Date Rcvd: Sep 01, 2017
                        Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2017.
db             +Christopher B. Gambrill,   2409 Schultz Way,   York, PA 17402-4918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2017 at the address(es) listed below:
              Brent  Diefenderfer    on behalf of Debtor Christopher B. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Brent  Diefenderfer    on behalf of Debtor Alison J. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Danielle  Boyle-Ebersole    on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              Danielle  Boyle-Ebersole    on behalf of Creditor   U.S. Bank National Association., not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor   Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               amps@manleydeas.com
              Keri P Ebeck    on behalf of Creditor   Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               kebeck@weltman.com,  jbluemle@weltman.com
              Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   Christopher B. Gambrill : Case No. 1:14-bk-01664
   Alison J. Gambrill :
    :
       Debtors : Chapter 13
    :

ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the application filed by Brent C. Diefenderfer, Esquire, counsel for the above Debtors, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty (21) days notice period, it is hereby

ORDERED that counsel fees for the period of time beginning July 19, 2016 through July 25, 2017, in the amount of $1,902.00 for legal services rendered by said counsel to the Debtors; and for reimbursement to said counsel for out-of-pocket expenses incurred during the same period of time in the amount of $53.55, for a total award of $1,955.55 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $1,000.00 from the Debtors and $12,213.45 previously received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay the balance of $1,955.55 first from funds on hand with the balance to be paid outside the Plan to counsel for the Debtors.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: September 1, 2017

{01337056/1}