In re:                                                      Case No. 14-01664-RNO
Christopher B. Gambrill                                     Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AGarner          Page 1 of 1         Date Rcvd: Sep 19, 2017
                           Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db            +Christopher B. Gambrill,    2409 Schultz Way,    York, PA 17402-4918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              Brent Diefenderfer    on behalf of Debtor Christopher B. Gambrill bdiefenderfer@cgalaw.com,
              tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
              m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Brent Diefenderfer    on behalf of Debtor Alison J. Gambrill bdiefenderfer@cgalaw.com,
              tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
              m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
              Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association., not in its
              individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
              debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association., not in its individual
              capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
              amps@manleydeas.com
              Keri P Ebeck    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
              kebeck@weltman.com,  jbluemle@weltman.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association., not in its individual
              capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T tpuleo@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

      CHRISTOPHER B. GAMBRILL

Case No. 14-bk-01664
Chapter 13

## ORDER CONVERTING
## CHAPTER 13 BANKRUPTCY
## TO CHAPTER 7 BANKRUPTCY

UPON CONSIDERATION of a review of the Motion to Convert Case from one under Chapter 13 to one under Chapter 7, and it appearing that the Debtor is entitled to convert, it is hereby

ORDERED THAT the within case is converted to one under Chapter 7

By the Court,

_Robert N. Opel II_

Robert N. Opel, II, Chief Bankruptcy Judge

(BI)

Dated: September 19, 2017

{01360030/1}