**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 14-01664 RNO |
| Christopher B. Gambrill *aka* Christopher Bradley Gambrill | : Chapter 7 |
| | : |
| Debtor | : |
| | : |
| MTGLQ Investors, LP c/o Rushmore Loan Management Services | : |
| Movant | : |
| vs. | : |
| | : |
| Christopher B. Gambrill *aka* Christopher Bradley Gambrill | : |
| | : |
| Debtor/Respondent | : |
| | : |
| and | : |
| | : |
| Steven Carr, Esquire | : |
| | : |
| Trustee/Respondent | : |
| | : |
| | : |
| | : |
| | : |
| | : |

## CERTIFICATION OF CONCURRENCE

I, Danielle Boyle-Ebersole, Esquire, counsel for MTGLQ Investors, LP c/o Rushmore Loan Management Services, Creditor, hereby certify that on September 27, 2017, I spoke with the Chapter 7 Trustee, Steven Carr, Esquire, who concurs with the relief requested in the Motion for Relief.

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121