In re:  
Christopher B. Gambrill  
    Debtor

Case No. 14-01664-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AGarner    Page 1 of 1    Date Rcvd: Oct 02, 2017  
                      Form ID: pdf010    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.  
db        +Christopher B. Gambrill,   2409 Schultz Way,   York, PA 17402-4918  
          +Alison J. Gambrill,   2409 Schultz Way,   York, PA 17402-4918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:

        Brent  Diefenderfer   on behalf of Debtor Christopher B. Gambrill bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com  
        Brent  Diefenderfer   on behalf of Debtor Alison J. Gambrill bdiefenderfer@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com  
        Danielle  Boyle-Ebersole   on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
        Danielle  Boyle-Ebersole   on behalf of Creditor   U.S. Bank National Association., not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
        Joshua I Goldman   on behalf of Creditor   U.S. Bank National Association., not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Karina  Velter   on behalf of Creditor   Sterling Jewelers Inc. dba Jared Galleria of Jewelry amps@manleydeas.com  
        Keri P Ebeck   on behalf of Creditor   Sterling Jewelers Inc. dba Jared Galleria of Jewelry kebeck@weltman.com, jbluemle@weltman.com  
        Steven M. Carr (Trustee)   carrtrustee@yahoo.com, pa31@ecfcbis.com  
        Thomas I Puleo   on behalf of Creditor   U.S. Bank National Association., not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov  
                            TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Christopher B. Gambrill<br>*aka* Christopher Bradley Gambrill<br><br>Debtors<br><br>MTGLQ Investors, LP c/o Rushmore Loan Management Services<br><br>Movant<br>vs.<br><br>Christopher B. Gambrill *aka* Christopher Bradley Gambrill and Alison J. Gambrill *aka* Alison J. Connell *aka* Alison Jane Gambrill *aka* Alison Jane Connell<br><br>Debtors/Respondents<br><br>and<br><br>Charles J. DeHart, III, Esquire<br><br>Trustee/Respondent | : Bankruptcy No. 14-01664 RNO<br>: Chapter 13 |

## ORDER

AND NOW, upon the Motion of Movant, MTGLQ Investors, LP c/o Rushmore Loan Management Services it is:

ORDERED AND DECREED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the premises, 2409 Schultz Way, York, PA 17402, as more fully set forth in the legal description attached to said mortgage, to allow Movant or its successors, if any, to exercise its rights under its loan documents.

By the Court,

*/s/ Robert N. Opel II*

Dated: October 2, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)