```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 14-01664-RNO
Christopher B. Gambrill                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CBoyle            Page 1 of 1           Date Rcvd: Jan 04, 2018
                              Form ID: ntcon341       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2018.
db             +Christopher B. Gambrill,   2409 Schultz Way,   York, PA 17402-4918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:
              Brent   Diefenderfer    on behalf of Debtor 1 Alison J. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Danielle  Boyle-Ebersole    on behalf of Creditor   MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association., not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               amps@manleydeas.com
              Keri P Ebeck    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               kebeck@weltman.com,   jbluemle@weltman.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com,   pa31@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

ntcon341(09/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Christopher B. Gambrill  
aka Christopher Bradley Gambrill  
Debtor(s)

Chapter 7

Case No. 1:14−bk−01664−RNO

## Notice

Notice is hereby given that:

The previously scheduled 341 meeting of creditors for the Debtor has been continued to:

| York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401 | Date: January 17, 2018 |
| | Time: 01:00 PM |

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
Ronald Reagan Federal Building  
228 Walnut St, Rm 320  
Harrisburg, PA 17101−1737  
(717) 901−2800

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: CBoyle, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: January 4, 2018