In re:                                                                          Case No. 14-01664-RNO
Christopher B. Gambrill                                                          Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: CBoyle              Page 1 of 1              Date Rcvd: Jan 18, 2018
                             Form ID: ntcon341          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db           +Christopher B. Gambrill,    2409 Schultz Way,    York, PA 17402-4918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
          Brent  Diefenderfer    on behalf of Debtor 1 Alison J. Gambrill bdiefenderfer@cgalaw.com,
          tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
          m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
          Danielle  Boyle-Ebersole    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
          Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association., not in its
          individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
          debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association., not in its individual
          capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
          amps@manleydeas.com
          Keri P Ebeck    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
          kebeck@weltman.com,   jbluemle@weltman.com
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com,  pa31@ecfcbis.com
          Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association., not in its individual
          capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Christopher B. Gambrill
aka Christopher Bradley Gambrill
Debtor(s)

Chapter       7

Case No.       1:14−bk−01664−RNO

## Notice

Notice is hereby given that:

The previously scheduled 341 meeting of creditors for the Debtor has been continued to:

| | |
|---|---|
| York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401 | Date: February 7, 2018<br><br>Time: 01:30 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CBoyle, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 18, 2018 |