WWR# 20556409

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 14-01664 |
| Christopher B Gambrill | Chapter 7 |
| Alison J Gambrill | Judge: ROBERT N. OPEL II |
| Debtors | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that, while the law firm of Weltman, Weinberg, & Reis Co., L.P.A. ("Weltman") continues to represent STERLING JEWELERS INC dba; JARED GALLERIA OF JEWELRY, Keri Ebeck hereby withdraws as counsel for STERLING JEWELERS INC dba; JARED GALLERIA OF JEWELRY. James P. Valecko of the Weltman law firm is hereby substituted for Keri Ebeck as counsel for STERLING JEWELERS INC dba; JARED GALLERIA OF JEWELRY. Accordingly, in the future, please direct all service and notices of pleadings to New Attorney.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

| | |
|---|---|
| /S/ James P. Valecko | /S/ Keri P. Ebeck |
| James P. Valecko, 79596 | Keri P. Ebeck , 91298 |
| Weltman, Weinberg & Reis Co.,LPA | Weltman, Weinberg & Reis Co.,LPA |
| 436 7th Avenue, Ste 2500 | 436 7th Avenue, Ste 2500 |
| Pittsburgh, PA 15219-1842 | Pittsburgh, PA 15219-1842 |
| Telephone: 412-434-7955 | Telephone: 412-434-7955 |
| jimvalecko@weltman.com | kebeck@weltman.com |

WWR# 20556409

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 14-01664 |
| Christopher B Gambrill | Chapter 7 |
| Alison J Gambrill | Judge: ROBERT N. OPEL II |
| Debtors | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was filed and served electronically by the Court's ECF System on __15th__ day of __February__, 2018 on all parties having entered an appearance herein

BRENT DIEFENDERFER
135 N George St
York, PA 17401-1132
Debtor(s) Attorney

STEVEN M. CARR
119 E Market St
York, PA 17401-1221
Trustee

U.S. Trustee

And by ordinary mail to the following:

Christopher B Gambrill
2409 Schultz Way
York, PA17402-4918

Alison J Gambrill
2409 Schultz Way
York, PA 17402-4918

/S/ James P. Valecko
James P. Valecko, 79596
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
jimvalecko@weltman.com