In re:  Case No. 14-01664-RNO
Christopher B. Gambrill  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AGarner    Page 1 of 3    Date Rcvd: Feb 22, 2018
                  Form ID: pdf010    Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.

```
db            +Christopher B. Gambrill,    2409 Schultz Way,    York, PA 17402-4918
4515147       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
4474135      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: BANK OF AMERICA,    4161 PIEDMONT PKWY,    GREENSBORO, NC 27410)
4474129       +BRENT C. DIEFENDERFER,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4474142       +CHASE,    P.O. BOX 78101,    PHOENIX, AZ 85062-8101
4474128       +CHRISTOPHER B. GAMBRILL,    ALISON J. GAMBRILL,    2409 SCHULTZ WAY,    YORK, PA 17402-4918
4474143       +CITICORP TRUST BANK,    ATTN: CUSTOMER SERVICE,    PO BOX 140129,    IRVING, TX 75014-0129
4474144        CITICORP TRUST BANK,    311 NEW RODGERS ROAD,    LEVITTOWN, PA 19056
4474145        COMENITY BANK,    BANKRUPTCY DEPT.,    PO BOX 182125,    COLUMBUS, OH 43218-2125
4474146       +COMENITY BANK,    PO BOX 182025,    COLUMBUS, OH 43218-2025
4474147       +COMENITY BANK/ANN TAYLOR,    PO BOX 182273,    COLUMBUS, OH 43218-2273
4474148       +COMENITY BANK/EXPRESS,    PO BOX 182789,    COLUMBUS, OH 43218-2789
4474149       +COMENITY BANK/REEDS JEWELER,    4590 E. BROAD ST.,    COLUMBUS, OH 43213-1301
4474151       +COMMERCIAL ACCEPTANCE CO.,    P.O. BOX 3268,    CAMP HILL, PA 17011-3268
4520959       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
4474158       +FIRST PREMIER BANK,    601 S. MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
4474163       +FIRST PREMIER BANK,    3820 N. LOUISE AVENUE,    SIOUX FALLS, SD 57107-0145
4474160       +FIRST PREMIER BANK,    P.O. BOX 5524,    SIOUX FALLS, SD 57117-5524
4474161       +FIRST PREMIER BANK,    900 WEST DELAWARE,    P.O. BOX 5519,    SIOUX FALLS, SD 57117-5519
4474162       +FIRST PREMIER BANK,    P.O. BOX 5519,    SIOUX FALLS, SD 57117-5519
4474172        JARED CORPORATE OFFICE HEADQUARTERS,    SIGNET JEWELERS LTD.-JARED GALLERIA,
                CLARENDON HOUSE 2 CHURCH STREET,    HAMILTON HM 11 BERMUDA
4566848       +LANCASTER GENERAL HEALTH,    PO BOX 3555,    LANCASTER, PA 17604-3555
4566849        LANCASTER GENERAL MEDICAL GROUP,    PO BOX 3077,    LANCASTER, PA 17604-3077
4474175        LANCASTER RADIOLOGY ASSOCIATES,    P.O. BOX 3216,    LANCASTER, PA 17604-3216
4519803       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
4474176        MARINER FINANCE,    P.O. BOX 35394,    DUNDALK, MD 21222-7394
4940108        MTGLQ Investors, LP,    P.O. Box 52708,    Irvine, CA 92619-2708
4940109        MTGLQ Investors, LP,    P.O. Box 52708,    Irvine, CA 92619-2708,    MTGLQ Investors, LP,
                P.O. Box 52708,    Irvine, CA 92619-2708
4474131       +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4569924       +Property Management Unlimited,    1013 N.George Street,    York PA 17404-2025
4474177       +REEDS JEWELER,    PO BOX 182273,    COLUMBUS, OH 43218-2273
4474178       +RUSHMORE,    C/O U.S. BANK, TRUSTEE FOR RMAC,    15480 LAGUANA CANYON RD, STE 100,
                IRVINE, CA 92618-2132
4519795       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
4474130       +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4474179       +TARGET FINANCIAL SERVICES,    MAIL STOP 5C-F,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
4483905       +TD BANK USA, N.A.,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
4474181       +TD BANK USA/TARGET CREDIT,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
4474182       +TOWN OF DEWEY BEACH,    105 RODNEY AVE,    REHOBOTH BEACH, DE 19971-3207
4519796       +U.S. Bank National Association et al,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                Irvine, CA 92619-2708
4533646       +U.S. Bank National Association., et al,    c/o Rushmore Loan Management Services,
                P.O. Box 55004,    Irvine, CA 92619-5004
4533645       +U.S. Bank National Association., not in its indivi,    c/o Rushmore Loan Management Services,
                P.O. Box 55004,    Irvine, CA 92619-5004
4474154      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: ELAN FINANCIAL SERVICES,    777 E. WISCONSIN AVE,
                MILWAUKEE, WI 53202)
4474184       +WELLS FARGO BANK N.A.,    PO BOX 3117,    WINSTON SALEM, NC 27102-3117
4474183        WELLS FARGO BANK N.A.,    PO BOX 5169,    SIOUX FALLS, SD 57117-5169
4474186       +WELLS FARGO DEALER SERVICES,    PO BOX 25341,    SANTA ANA, CA 92799-5341
4474185       +WELLS FARGO DEALER SERVICES,    PO BOX 3659,    RANCHO CUCAMONGA, CA 91729-3659
4474187       +WELLS FARGO DEALER SERVICES/WDS,    PO BOX 1697,    WINTERVILLE, NC 28590-1697
4474189       +WELLS FARGO FINANCIAL CARDS,    3201 N. 4TH AVE.,    SIOUX FALLS, SD 57104-0700
4474190        WELLS FARGO FINANCIAL CARDS,    PO BOX 5943,    SIOUX FALLS, SD 57117-5943
4536260       +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
4486256        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
4474191       +ZALES/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4474193       +ZUCKER, GOLDBERG & ACKERMAN, LLC,    200 SHEFFIELD ST. (XCP-169624/NS),    SUITE 101,
                MOUNTAINSIDE, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4474136        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2018 18:58:59      CACH, LLC,
                PO Box 10587,    Greenville, SC 29603-0587
4474140       +E-mail/Text: bk.notifications@jpmchase.com Feb 22 2018 19:01:48      CHASE,    PO BOX 901076,
                FT WORTH, TX 76101-2076
4474141       +E-mail/Text: bk.notifications@jpmchase.com Feb 22 2018 19:01:48      CHASE,    P.O. BOX 901076,
                FORT WORTH, TX 76101-2076
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4474152        E-mail/PDF: creditonebknotifications@resurgent.com Feb 22 2018 18:59:00      CREDIT ONE BANK,
               PO BOX 60500,    CITY OF INDUSTRY, CA 91716-0500
4474153       ++E-mail/PDF: creditonebknotifications@resurgent.com Feb 22 2018 18:58:48
               CREDIT ONE BANK N.A.,    PO BOX 98875,    LAS VEGAS, NV 89193-8875
4474164       +E-mail/Text: bankruptcy@fult.com Feb 22 2018 19:02:04      FULTON BANK,    P.O. BOX 69,
               EAST PETERSBURG, PA 17520-0069
4474165       +E-mail/Text: bankruptcy@fult.com Feb 22 2018 19:02:04      FULTON BANK,    P.O. BOX 4887,
               1 PENN SQUARE,    LANCASTER, PA 17602-2853
4474166        E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 18:58:45      GE CAPITAL RETAIL BANK,
               PO BOX 9600061,    ORLANDO, FL 32896-0061
4474167       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 18:58:45      GECRB/BANANA REPUBLIC,
               PO BOX 965005,    ORLANDO, FL 32896-5005
4474169       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 18:58:36      GECRB/OLD NAVY,    P.O. BOX 981400,
               EL PASO, TX 79998-1400
4474168       +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 18:58:57      GECRB/OLD NAVY,    PO BOX 965005,
               ORLANDO, FL 32896-5005
4474170        E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2018 18:58:36      GECRB/OLD NAVY,    PO BOX 960017,
               ORLANDO, FL 32896-0017
4474132       +E-mail/Text: cio.bncmail@irs.gov Feb 22 2018 19:01:45      INTERNAL REVENUE SERVICE,
               CENTRALIZED INSOLVENCY OP.,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
4474171       +E-mail/Text: BKRMailOPS@weltman.com Feb 22 2018 19:01:48      JARED - GALLERIA OF JEWELRY,
               375 GHENT RD.,    FAIRLAWN, OH 44333-4601
4481468        E-mail/Text: bk.notifications@jpmchase.com Feb 22 2018 19:01:48      JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
4474173       +E-mail/Text: csd1clientservices@cboflanc.com Feb 22 2018 19:01:56      LANCASTER COLLECTIONS,
               218 W. ORANGE ST,    LANCASTER, PA 17603-3746
4531726        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2018 18:58:38
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4522303        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2018 19:17:50
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4502267        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2018 19:01:51
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
4480536        E-mail/Text: bnc-quantum@quantum3group.com Feb 22 2018 19:01:48
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
4809030       +E-mail/Text: bnc-quantum@quantum3group.com Feb 22 2018 19:01:49
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
               Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
4486687        E-mail/Text: bnc-quantum@quantum3group.com Feb 22 2018 19:01:49
               Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
               Kirkland, WA  98083-0788
4501712        E-mail/Text: bnc-quantum@quantum3group.com Feb 22 2018 19:01:49
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
4487427       +E-mail/Text: BKRMailOps@weltman.com Feb 22 2018 19:01:53      Sterling Jewelers dba,
               Jared the Galleria of Jewelry,    c/o Weltman Weinberg & Reis,    323 W Lakeside Avenue,
               Cleveland Oh 44113-1085
4474180        E-mail/Text: bankruptcy@td.com Feb 22 2018 19:01:52      TD BANK,    PO BOX 23072,
               COLUMBUS, GA 31902-3072
4474133       +E-mail/Text: kcm@yatb.com Feb 22 2018 19:01:45      YORK ADAMS TAX BUREAU,    1405 N DUKE STREET,
               PO BOX 15627,    YORK, PA 17405-0156
4566851       +E-mail/Text: kcm@yatb.com Feb 22 2018 19:01:45      YORK ADAMS TAX BUREAU*,    PO BOX 15627,
               YORK, PA 17405-0156
                                                                                              TOTAL: 27
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*             CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
4474134*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,   PO BOX 15019,   WILMINGTON, DE 19886-5019)
4474138*        CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
4474137*        CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
4474159*       +FIRST PREMIER BANK,   601 S MINNESOTA AVE,   SIOUX FALLS, SD 57104-4868
4474174*       +LANCASTER COLLECTIONS,   218 W ORANGE ST,   LANCASTER, PA 17603-3746
4826890*       +Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788,
               Quantum3 Group LLC as agent for,   MOMA Funding LLC 98083-0788
4809029*        Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
4826889*        Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
4474156*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: ELAN FINANCIAL SERVICES,   CB DISPUTES,   P.O. BOX 108,
               SAINT LOUIS, MO 63166)
4474155*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: ELAN FINANCIAL SERVICES,   P.O. BOX 2066,   MILWAUKEE, WI 53201)
4474157*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: ELAN FINANCIAL SERVICES,   PO BOX 790084,   SAINT LOUIS, MO 63179)
4486257*        Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
4566850*        YORK ADAMS TAX BUREAU,   1405 N. DUKE STREET,   PO BOX 15627,   YORK, PA 17405-0156
4474192*        ZALES/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
```

```
4474139        ##+CAPITOL CREDIT SERVICES,    872 WALKER RD. STE B,    DOVER, DE 19904-2700
4474150        ##+COMMERCIAL ACCEPTANCE,    2 W. MAIN ST.,    SHIREMANSTOWN, PA 17011-6326
4489184        ##+MARINER FINANCE, LLC,    3301 BOSTON ST., STE 201,    BALTIMORE, MD 21224-4979
4474188        ##+WELLS FARGO FINANCIAL,    4143 121ST STREET,    DES MOINES, IA 50323-2310
                                                                      TOTALS: 0, * 16, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              Brent Diefenderfer    on behalf of Debtor 1 Alison J. Gambrill bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association., not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              James Peter Valecko    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of
               Jewelry jvalecko@weltman.com,   jbluemle@weltman.com
              Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Sterling Jewelers Inc. dba Jared Galleria of Jewelry
               amps@manleydeas.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association., not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CHRISTOPHER B. GAMBRILL, | : | |
| | : | |
| DEBTOR | : | CASE NO.: 1:14-bk-01664-RNO |

**ORDER**

Upon consideration of the Motion of the United States Trustee to Dismiss the instant case with a 180 day bar to refiling, after hearing held on February 22, 2018, it is ORDERED that:

1. The motion is GRANTED;

2. The instant case is HEREBY DISMISSED; and

3. Debtor is BARRED FROM FILING ANOTHER BANKRUPTCY IN THIS DISTRICT FOR A PERIOD OF 180 DAYS FROM THE DATE OF THIS ORDER.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

Dated: February 22, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)